STATE of Missouri, Respondent,

v.

Matthew **FUNKE**, Appellant.

Matthew **FUNKE**, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63473, 65148.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 8, 1994.

Henry B. Robertson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

A jury convicted defendant of first degree murder and armed criminal action. Defendant was sentenced to life imprisonment without parole and a consecutive life sentence. Defendant appeals the judgment entered on these convictions. Defendant also appeals the denial of his Rule 29.15 motion without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion in this case. The judgments are affirmed in accordance with Rule 30.25(b) and 84.16(b).